# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF OREGON

| | |
|---|---|
| LEAH M. GRACE,<br><br>        Plaintiff,<br><br>        v.<br><br>COMMISSIONER, SOCIAL SECURITY ADMINISTRATION,<br><br>        Defendant. | **Case No. 3:25-cv-01344-AR**<br><br>**ORDER FOR FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d)** |

It is hereby ORDERED that fees in the amount of $7,168.04 shall be awarded to Plaintiff pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d).  Attorney and paralegal fees in the amount of $7,168.04 will be paid to Plaintiff's attorney, subject to verification that Plaintiff does not have a debt which qualifies for offset against the awarded fees, pursuant to the Treasury Offset Program as discussed in *Astrue v. Ratliff*, 560 U.S. 586 (2010).

If Plaintiff has no such debt, then the check shall be made out to Plaintiff's attorney, H. Peter Evans.  If Plaintiff has a debt, then the check for any remaining funds after offset of the debt shall be made out to Plaintiff and mailed to Plaintiff's attorney's office.

IT IS SO ORDERED.

DATED this 7th day of  July 2026.

Judge Jeff Armistead
United States Magistrate Judge

ORDER FOR EAJA FEES - 1
[3:25-cv-01344-AR]

Proposed Order submitted on July 6, 2026.

**/s/ H. Peter Evans**
H. Peter Evans, OSB 012532
Attorney for Plaintiff

ORDER FOR EAJA FEES - 2
[3:25-cv-01344-AR]